**THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SHAN D. PRATHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-12-1308-R** |
| | ) | |
| **FRESNO COUNTY POLICE** | ) | |
| **DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate

Judge Bana Roberts.  Doc. No. 6.  No objection to the Report and Recommendation has been

filed nor has an extension of time in which to object been sought or granted.  Therefore, the

Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and

Plaintiff's Complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § § 1915(e)(2)

and 1915A(b).

IT IS SO ORDERED this 24th day of January, 2013.


_____

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE